UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA WALLACE,

        Plaintiff,

v.                                                        Case No.  20-12464
                                                         Honorable David M. Lawson

SAM'S EAST, INC.,

        Defendant.
_____/

## STANDING ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING REMOVAL

This case has been removed from state court. The removal notice did not contain sufficient information for the Court to determine that the removal to this Court was proper.

Accordingly, it is **ORDERED** that the removing defendant within seven (7) days of the date of this order shall serve and file a submission providing the following information:

1. A full explanation if all defendants served at the time of removal did not join in the notice of removal.

2. A full explanation if the notice of removal is dated more than thirty (30) days after the first defendant was served.

3. If the action has been removed on grounds of diversity jurisdiction, a statement explaining the basis of removal if any of the defendants, including partners or members of all non-corporate entities of any defendant, served at the time of removal is a citizen of Michigan.

4. If the action has been removed on grounds of diversity jurisdiction, the citizenship of all named plaintiffs; the citizenship of all named defendants, including the citizenship of all members or partners in any non-corporate party; and the state of incorporation and principal place of business of all corporate defendants, if such states of citizenship were not set forth in the notice of removal.

5. If the action has been removed on grounds of diversity jurisdiction, a statement providing the basis of the claim that the amount in controversy exceeds $75,000. The response to this paragraph will be considered the removing defendant's opportunity to be heard under E.D. Mich. LR 81.1(e).

6. If the action has been removed on grounds other than diversity jurisdiction, a statement describing the federal statute, constitutional provision, or rule of federal common law that creates the right to sue in this case.

If the plaintiff has a response to defendants' submission, such response, if any, shall be filed and served within fourteen (14) court days of the date of this order. Any motion to remand the action to state court based on any procedural defects in the removal must be filed, if at all, thirty (30) days after removal or sooner. *See* 28 U.S.C. § 1447(c).

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: September 9, 2020